IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON RASHAD LEWIS, )
)
        Plaintiff, )
)
        v. ) 1:23CV1027
)
JUDGE CATHERINE EAGLES, )
)
        Defendant(s). )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

The Court received a mailing indicating that Plaintiff, a federal prisoner convicted in this Court in case 1:20CR336-1, purported to give power over his assets up to $100 billion to an entity known as the "Power Wisdom Trust" and then have the Trust demand that one of this Court's judges pay to the Trust all funds or property in an account associated with Plaintiff's criminal case. For screening and administrative purposes, the Court treated the filing as one under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). As such, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.     The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2.     The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint if he has valid claims to bring. If Plaintiff has valid claims to bring, he may request the proper forms.

The Court also notes two other issues with the filing. The first is that there is no such account containing property or money associated with Plaintiff's criminal case or any other criminal case. This is a fiction created by and believed in by some prisoners. Obviously, there can be no payment from an account that does not exist, which renders the entire filing nonsensical. Second, a portion of the filing warns the judge to whom it is addressed concerning the consequences of failing to make the demanded payment. One of these threatened consequences is that Plaintiff's representatives will file paperwork with the Internal Revenue Service to report an alleged tax liability by the judge. Plaintiff and those associated with this filing have arguably threatened a judge over a nonexistent account. They should be aware that acting on those threats by filing false documents with a government agency could subject them to criminal liability.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above.

This, the 13th day of December, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge