IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON RASHAD LEWIS,           )
                                )
            Plaintiff,           )
                                )
    v.                           )    1:23-cv-1027
                                )
JUDGE CATHERINE EAGLES,          )
                                )
            Defendant.           )

### ORDER

On December 13, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of March, 2024.

                                                _____
                                                   United States District Judge

-2-

Case 1:23-cv-01027-WO-JEP   Document 4   Filed 03/14/24   Page 2 of 2